IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 06-cr-0009 CMK |
| vs. | <u>ORDER</u> |
| JOSHUA LEE TROIT | |

The Court, having reviewed the file herein, hereby sets this matter for trial on December 4, 2006, at 1:30 p.m. at the United States District Court located in Redding, California. The courtroom deputy clerk is directed to serve a copy this Order on attorney John Routsis even though he has not formally appeared and is not the attorney of record for the defendant in this matter.

IT IS ORDERED that the parties shall appear ready to proceed to trial on December 4, 2006, at 1:30 p.m., in the courtroom located at 2986 Bechelli Lane, Redding, California.

IT IS FURTHER ORDERED that the government personally serve defendant with a copy of this order and file a proof of service with the Court.

Dated: October 27, 2006

Craig M. Kellison
United States Magistrate Judge

1