UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
REDDING BRANCH

UNITED STATES OF AMERICA

CASE NO. 06-cr-0009

vs.

ORDER TO PAY

JOSHUA LEE TROIT

YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:

| | | |
|---|---|---|
| Count I | Fine: $_____ | Assessment: $_____ |
| Count II | Fine: $250.00 | Assessment: $10.00 |
| | As amended CPC 644 CVC 23152(a). | |
| Count III | Fine: $_____ | Assessment: $_____ |
| Count IV | Fine: $_____ | Assessment: $_____ |
| Count V | Fine: $_____ | Assessment: $_____ |

(X)   FINE TOTAL OF $250.00 and a penalty assessment of $10.00 on or before February 1, 2007.

( )   RESTITUTION OF $_____.

(X)   PROBATION to be unsupervised for a period of one year. As a special term and condition of probation defendant shall enroll in an alcohol and drug related educational program licensed under Chapter 9 of the Health and Safety Code and complete, at a minimum, the educational component of the program equivalent to a program in length and duration to that of a violation of Section 23103.5 of the California Vehicle Code.

Count I is dismissed.

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to Clerk, USDC, 501 I Street, Sacramento, CA 95814.

Your check or money order must indicate your name and case number.

Dated:  12-4-06

Craig M. Kellison
U.S. Magistrate Judge